SAND/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FIREMAN'S FUND INSURANCE COMPANY,
a/s/o Pride Mobility Products, Corp.,

                        Plaintiff,

- against -

RE TRANSPORTATION, INC.,

                        Defendant.

-----------------------------------------------------------x

07 Civ. 10973 (LBS)

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-08

PLEASE TAKE NOTICE that the above-entitled action is hereby discontinued and that this Notice is filed pursuant to Rule 41(a)(1)(i) of the Rules of Civil Procedure for the United States District Courts.

NO APPEARANCE HAS BEEN FILED.

Dated: Mineola, New York
       January 24, 2008

                        BADIAK & WILL, LLP
                        Attorneys for Plaintiff

                        By: _____
                        JAMES P. KRAUZLIS (JK-4972)
                        106 Third Street
                        Mineola, New York 11501
                        (515) 877-2225
                        Our File : 07-H-344-JK

SO ORDERED:

_____
U.S.D.J.

1/25/08